Dismissed and Memorandum Opinion filed April 27, 2006









Dismissed and Memorandum Opinion filed April 27, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01196-CV

____________

 

CHRISTOPHER DONALD MCKAY, Appellant

 

V.

 

DESIREE ELIZABETH MCKAY,
Appellee

 



 

On Appeal from the
257th District Court

Harris County, Texas

Trial Court Cause
No.
05-40080

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 29, 2005.

On April 18, 2006, appellant filed a motion to dismiss the
appeal, asserting that the parties have resolved their controversy.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 27, 2006.

Panel consists of Justices Anderson, Edelman, and
Frost.